# EXHIBIT 3

S149986

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re AN DAO on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

JUL 1 1 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
Chief Justice